*Marian F. Harrison*
US Bankruptcy Judge

Dated: 1/24/2020



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER: | 11 |
| ANGELIA NICHOLE SHOCKLEY. | ) | CASE NO.: | 19-00138 |
|    Debtor. | ) | JUDGE: | HARRISON |
| | ) | | |
| JASON BRUBACHER, with derivative standing on behalf of the bankruptcy estate, | ) | ADV. PROC. | 19-90110 |
|    Plaintiff, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| ANGELIA NICHOLE SHOCKLEY, and RANDAL RISHER | ) | | |
|    Defendants. | ) | | |

**ORDER GRANTING DEFAULT JUDGMENT**
**AGAINST ANGELIA NICHOLE SHOCKLEY AND RANDAL RISHER**

The Plaintiff having filed with the Court a *Motion for Entry of Default Judgment Against Defendant Angelia Nichole Shockley and Defendant Randal Risher*, notice of the motion being provided to the parties to which notice is required pursuant to Local Rule 9013-1, no objections to this motion having been presented, and default having been entered against Defendant Angelia Shockley on December 9, 2019, and separate default having been entered against Defendant Randal Risher also on December 9, 2019:

IT IS HEREBY ORDERED as follows:

A. The Plaintiff is granted a monetary judgment against Defendant Angelia Shockley and Defendant Randal Risher, jointly and severally, for the value of transfer, in the amount of $400,000.00 pursuant to 11 U.S.C. § 550(a)(1) (the "Monetary Judgment"), plus pre-judgment

interest from the date of the Complaint (June 6, 2019) to the date of the entry of the judgment, at a rate of 5.50% per annum, and post-judgment interest from the date of Monetary Judgment until satisfaction of the Monetary Judgment at the federal rate applicable upon the time of entry pursuant to 28 U.S.C. § 1961.

B.  The Plaintiff is granted a judgment awarding turnover of the real property located at 2088 Buffalo Valley Road, Cookeville, Tennessee 38501 (the "Real Property").  Accordingly, this Order hereby (i) divests title to the Real Property from Randal Risher, and (ii) revests title to the Real Property to Angela Shockley, for the purpose of administration of the Real Property for the benefit of the bankruptcy estate.

C.  This Order shall be, and hereby is, authorized to be recorded with the Register of Deeds for Putnam County, Tennessee to establish the reconveyance of the Real Property to Angela Shockley, for the purpose of administration of the Real Property for the benefit of the bankruptcy estate.

D.  Notwithstanding the *in rem* relief provided herein (recovery of the Real Property for the administration by and benefit of the bankruptcy estate) and the *in personam* relief (monetary judgments against Defendants), the Plaintiff shall be entitled to only (1) aggregate satisfaction of the Monetary Judgment through collection efforts whether *in personam* or *in rem*, or combined.

E.  The issue of recovery of Plaintiff's attorney fees and costs shall be reserved for consideration upon affidavit by counsel.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for Entry:

*/s/ Gray Waldron*
GRAY WALDRON
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
629.777.6519
gray@dhnashville.com
*Attorney for Plaintiff*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.